UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KYVIN HUGHES** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 22-2272** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION: "I"(5)** |

## ORDER

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation[1], and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's motion for summary judgment[2] is denied, that defendant's motion for summary judgment[3] is granted, and that plaintiff's suit is dismissed with prejudice.

New Orleans, Louisiana, this 14th day of July, 2023.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. No 16
[2] Rec. Doc. No. 13
[3] Rec. Doc. No. 14